1  ROWENA SANTOS, No. 210185
     *rsantos@slpattorney.com*
2  **Strategic Legal Practices**
   1840 Century Park East, Suite 430
3  Los Angeles, California 90067
   +1 310 929 4900
4  +1 310 943 3838 (fax)

5  Attorneys for Plaintiffs
   CHARLES JOHNSON and CORDULA JOHNSON
6

7  ALEXANDER G. CALFO, No. 152891
     *ACalfo@kslaw.com*
   PAUL R. JOHNSON, No. 115817
8    *PJohnson@kslaw.com*
   KING & SPALDING LLP
9  633 West 5th Street, Suite 1700
   Los Angeles, California 90071
10 +1 213 443 4355
   +1 213 443 4310 (fax)
11

12 Attorneys for Defendant
   FORD MOTOR COMPANY

13

14 ## UNITED STATES DISTRICT COURT

15 ## EASTERN DISTRICT OF CALIFORNIA

16 CHARLES JOHNSON and                  No. 2:17-CV-02388-JAM-AC
   CORDULA JOHNSON,
17                                       **STIPULATION AND ORDER STAYING
                                         ALL PROCEEDINGS AND DEADLINES**
18              Plaintiffs,

19        v.

20 FORD MOTOR COMPANY, et al.,

21              Defendants.

22

23

24

25

26

27

28

The parties hereby STIPULATE to the Court's entry of an order staying all proceedings and deadlines in this action pending determination by the Judicial Panel on Multidistrict Litigation of Ford Motor Company's motion for transfer and consolidation in *In re: Ford DPS6 PowerShift Transmission Litigation*, MDL No. 2814.

Respectfully,

December 20, 2017        STRATEGIC LEGAL PRACTICES APC

By: /s/ Rowena Santos (as authorized on 12/20/2017)
ROWENA SANTOS
Attorneys for Plaintiffs
CHARLES JOHNSON and CORDULA JOHNSON

December 20, 2017        KING & SPALDING LLP

By: /s/ Paul R. Johnson
PAUL R. JOHNSON
Attorneys for Defendant
FORD MOTOR COMPANY

## ORDER

Good cause appearing, all proceedings and deadlines in this action are STAYED pending determination by the Judicial Panel on Multidistrict Litigation of Ford Motor Company's motion for transfer and consolidation in *In re: Ford DPS6 PowerShift Transmission Litigation*, MDL No. 2814. All scheduled hearings in this action are VACATED.

IT IS SO ORDERED.

Dated: 12/20/2017

/s/ JOHN A. MENDEZ
THE HONORABLE JOHN A. MENDEZ
United States District Court Judge